Rothstein, to use, Appellant, *v.* Jefferson
Ice Mfg. Co.

Argued October 3, 1939.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADT-FELD, PARKER, RHODES and HIRT, JJ.

302

308

*Ned Stein,* for appellant.

*Robert B. Ely, 3d,* with him *Buckman & Buckman,* for appellee.

PER CURIAM, November 15, 1939:

A review of the record in this case satisfies us that no error was committed by the court below in dismissing the exceptions filed by the appellant to the findings of fact and conclusions of law and the rulings of President Judge FINLETTER, sitting as Chancellor, and entering the final decree appealed from.

The decree is affirmed, at the costs of the appellant, on the findings of fact, conclusions of law and discussion of the Chancellor.